

Exhibit "A"



## Fax Transmittal Cover Sheet

Fax # _____

**Alabama Forestry Commision (Chilton)**
221 County 423
Clanton, AL 35045

Phone: 205-755-3042
Fax: 205-755-3043

*(margin note: NAME DELETED as to Privacy Rights)*

**Send To:**

Name: ~~(redacted)~~

Company: _____

Fax #: _____

**Sent From:**

Name: Danny Clark

Date: 7-6-05      Number of Pages: 2
(Including cover page)

**Comments:** Please give this copy of scale tickets to Paul Pogue. Thanks