KWIK KOPY          Fax:334-2449390

** Transmit Conf.Report **

P.1                                             Jul  7 2005   9:03

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 13346##0230 | NORMAL | 7, 9:03 | 0'31" | 1 | * O K | |

name deleted
do to privacy ish+

FAX -334-###-0230

T######### ##### ## ###

Several known and unknown mills.

FAX (334) 624-0230

Timber theft and somebody needs to reveal what has happen in this matter. A lot of timber was removed from our property. ~~T~~ July 7, 05

Copy to MR Felix Baker

P.S I truly hope the International Paper Company send this matter to the appropriate criminal justice authority.