AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE ~~Northern~~ District of ALABAMA

PAUL POGUE and
PAUL POGUE, in his capacity as
Owner of SURVEYORS' PARK

**SUMMONS IN A CIVIL CASE**

V.

TONY CHANDLER, in his individual and
Official capacity, SANDY G. ROBINSON,
A for-profit Representative of INTERNATIONAL
PAPER COMPANY, DANNY CLARK, in his
Individual and official capacity, and A,B,& C who
Are those people, partnerships, associates, corporations or
Agents who participated in the actions made the basis of
This Complaint and who are presently unknown to the
Plaintiff, but who will be added as Defendants when
Ascertained.

CASE NUMBER: 2:06cv148-MHT

TO: (Name and address of Defendant)

MR. TONY CHANDLER
2584 Ridge Road
Brewton, Alabama 36426

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

        PAUL POGUE and PAUL POGUE
        FOR SURVEYORS' PARK
        301 Kahn Street
        Montgomery, Alabama 36104
        (334) 561-2240

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default ~~will be~~ may be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

_Debra P. Hackett_

2/22/06

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

~~NORTHERN~~ Middle _____ District of ___ALABAMA___

PAUL POGUE and
PAUL POGUE, in his capacity as
Owner of SURVEYORS' PARK

**SUMMONS IN A CIVIL CASE**

V.

TONY CHANDLER, in his individual and
Official capacity, SANDY G. ROBINSON,
A for-profit Representative of INTERNATIONAL
PAPER COMPANY, DANNY CLARK, in his
Individual and official capacity, and A,B,& C who
Are those people, partnerships, associates, corporations or
Agents who participated in the actions made the basis of
This Complaint and who are presently unknown to the
Plaintiff, but who will be added as Defendants when
Ascertained.

CASE NUMBER: 2:06CV148-MHT

TO: (Name and address of Defendant)

MR. DANNY CLARK
221 County Road 423
Clanton, Alabama 35045

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PAUL POGUE and PAUL POGUE
FOR SURVEYORS' PARK
301 Kahn Street
Montgomery, Alabama 36104
(334) 561-2240

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

2/22/06

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_
~~NORTHERN~~ _____ District of ___ALABAMA___

PAUL POGUE and
PAUL POGUE, in his capacity as
Owner of SURVEYORS' PARK

V.

TONY CHANDLER, in his individual and
Official capacity, SANDY G. ROBINSON,
A for-profit Representative of INTERNATIONAL
PAPER COMPANY, DANNY CLARK, in his
Individual and official capacity, and A,B,& C who
Are those people, partnerships, associates, corporations or
Agents who participated in the actions made the basis of
This Complaint and who are presently unknown to the Plaintiff, but who will be added as Defendants when
Ascertained.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06 CV148 MHT

TO: (Name and address of Defendant)

Mrs. Sandy G Robinson
For Profit Professional representative
INTERNATIONAL PAPER COMPANY
63 South Royal Street, Suite 700
Mobile, Alabama 36602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

```
PAUL POGUE and PAUL POGUE
FOR SURVEYORS' PARK
301 Kahn Street
Montgomery, Alabama 36104
(334) 561-2240
```

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

(By) DEPUTY CLERK

DATE 2/22/06