IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PAUL POGUE, etc., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:06cv148-MHT |
| ) | |
| TONY CHANDLER, etc., ) | |
| et al., ) | |
| ) | |
|    Defendants. ) | |

## ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C.A. § 636, this case is referred to United States Magistrate Judge Susan Russ Walker for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 23rd day of February, 2006.

                                   /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE