**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Tony Chandler
2584 Ridge Road
Brewton, Alabama 36426

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Ruth Carden
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Ruth Carden

C. Date of Delivery
2-23-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

06cv148

3. Service Type
☑ Certified Mail
☐ Registered
☐ Insured Mail
☐ Express Mail
☑ Return Receipt for Merchandise
☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7005 0390 0001 1272 2610

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540