IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PAUL POGUE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:06CV148-MHT |
| TONY CHANDLER, et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER**

On February 23, 2006, this court entered an order, a copy of which the Clerk mailed to the plaintiff. The postal service returned this order with the notation "return to sender, not deliverable as addressed, unable to forward." As the administration of this case cannot proceed if the plaintiff's mailing address remains unknown to this court, it is

ORDERED that:

1. On or before March 9, 2006, the plaintiff shall provide the court with his current address.

2. The time allowed the defendants for responding to the complaint is hereby STAYED until further order of this court.

The plaintiff is specifically *cautioned* that if he fails to respond to this order the Magistrate Judge will recommend that this case be dismissed.

The Clerk is DIRECTED to mail a copy of this order to all defendants at the address provided by plaintiff for service of process.

DONE, this 28th day of February, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE