- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sandy G Robinson
for profit professional representative
International Paper Company
63 South Royal Street Suite 700
Mobile, Alabama 36602

A. Signature
X Christy Morris
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Christy Morris

C. Date of Delivery
2-24-

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

06cv148
SRW

3. Service Type
☒ Certified Mail
☐ Registered
☐ Insured Mail
☐ Express Mail
☒ Return Receipt for Merchandise
☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7005 0390 0001 1272 2627

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Danny Clark_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery: 2/24/06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

06CV148
SRW

1. Article Addressed to:

Mr. Danny Clark
221 County Road 423
Clanton, Alabama 35045

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 0390 0001 1272 2634

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540