**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA** RECEIVED
**NORTHERN DIVISION**

| | |
|---|---|
| PAUL POGUE and | ] |
| PAUL POGUE, in his capacity | ] |
| as owner of SURVEYORS' PARK | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| Vs. | ] |
| | ] |
| TONY CHANDLER, in his | ] |
| individual and official | ] |
| capacity, SANDY G. | ] |
| ROBINSON, a for-profit | ] |
| Representative of INTERNATIONAL] |
| PAPER COMPANY, **DANNY CLARK,** in ] |
| his individual and official | ] |
| capacity, and A, B, & C who | ] |
| are those people, partnerships,] |
| associates, corporations or | ] |
| agents who participated in the] |
| actions made the basis of this] |
| Complaint and who are | ] |
| presently unknown to the | ] |
| Plaintiff, but who will be | ] |
| added as Defendants when | ] |
| ascertained. | ] |
| | ] |
| Defendants. | ] |

2006 MAR 14  A 11: 16

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Civil Action No. 2:06-CV-148-MHT

## Motion for Relief from Magistrate's Stay and Grant Plaintiff Meaningful Access to the Court

Comes Now the Plaintiff in this case and move

this honorable Court to lift the "Stay of

Proceedings" Order issued by the honorable

Magistrate.  Plaintiff supports this Motion as

follow:

1

1.   Plaintiff contends that the honorable
Magistrate's Order amounts to a modification of the
practice of civil litigation before the federal
judiciary in violation of the U.S. Article Three
and the complementing U.S. Constitutional
Amendments.

2.   Plaintiff further contends that the
Magistrate's Order constitutes reversible error
because it contravenes the expressed provisions of
the federal laws pertaining to the filing of a
lawsuit and the use and enjoyment of what is
understood to be meaningful access to this federal
Court.

3.   The magistrate's stay Order wrongfully
assumes that Plaintiff is the United States Postal
Authority.  Plaintiff is not the U.S. Postal
Authority and Plaintiff is without jurisdiction to
represent the federal postal authority.

4.   The Magistrate's stay Order wrongfully

2

filed pursuant to the authority cited as 28 U.S.C.

assumes that Plaintiff is the United States Clerk

of the Middle District of Alabama.  Plaintiff is

not the U.S. Clerk of Court and Plaintiff is

without jurisdiction to represent the federal

clerk.

 5.   The Magistrate's Order identify several acts

(Clerk/postal situation) but does not express just

what Plaintiff did to warrant a stay of

proceedings.

 6.   Plaintiff does not challenge the legitimacy

of the Magistrate's statutory authority to act, but

the Plaintiff does challenge the standard of review

for which she based her rationale.

 7.   The honorable Magistrate's stay of

Proceedings Order Misconstrues Plaintiff appearance

before this honorable Court.  The Magistrate's

Order seems to treat Plaintiff's Complaint as one

filed pursuant to the authority cited as 28 U.S.C.

section 1915.

 8.   Plaintiff learned in law school that there

is a difference between the court's ability to dismiss an action under section 1915(d) and its regular right to dismiss an ordinary civil action under Rule 12(b) (6).

9.    In this Case and at this point, the honorable Court is encouraged to accept the pleadings of the Plaintiff as true and examine only the legal adequacy of the Complaint of Plaintiff. See Conley v. Gibson, 335 U.S. 41 (195).

Wherefore, Plaintiff seeks the following relief.

1. That this honorable Court lift the stay provisions of the honorable magistrate's Order.

2. Reinstate the Complaint and the workings of the federal rules of civil procedure.

3. Grant Plaintiff that which is fair under the circumstances.


Respectfully submitted,

PAUL POGUE and PAUL POGUE
FOR SURVEYORS' PARK
301 Kahn Street
The Mays Building

4

Done this 14th day of March 2006.


## Certificate of Mailing


I hereby certify that I have this day mailed or placed in the U.S. Mail, postage prepaid, an exact copy of the above pleading to the following parties, this the 14th day of March, 2006.

Mr. Danny Clark, 1349 County Road No. 61, Clanton, Alabama 35046.

Ms. Sandy G. Robinson, 63 South Royal Street, Suite 700, Mobile, Alabama 36602.

Mr. Tony Chandler, 2584 Ridge Road, Brewton, Alabama 36426.

U.S. Postal Authority, Washington DC.

P.P.

5