IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAUL POGUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06CV148-MHT |
| ) | |
| TONY CHANDLER, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Although his response is untimely, it appears from the plaintiff's most recent filing (Doc. # 7) that he received the order of the court entered on February 28, 2006 at the address listed in the record. Accordingly, it is

ORDERED that the stay previously imposed is hereby lifted, and defendants are DIRECTED to respond to the complaint within twenty days of this order.

Plaintiff's motion (Doc. # 7) is DENIED as MOOT.

The Clerk is DIRECTED to mail a copy of this order to all defendants at the address provided by plaintiff for service of process.

DONE, this 15th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE