IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAUL POGUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06CV148-MHT |
| ) | |
| TONY CHANDLER, et. al., ) | |
| ) | |
| Defendants ) | |

## NOTICE OF APPEARANCE

The undersigned attorney files this Notice of Appearance as counsel for defendants Tony Chandler and Danny Clark in the above-styled cause.

Respectfully submitted,

Troy King (KIN047)
Attorney General

BY:

/s/ Charles T. Conway
Charles T. Conway, Bar Number CON029
Assistant Attorney General
Alabama Forestry Commission
P.O. Box 302550
Montgomery, Alabama  36130
Telephone:  (334) 240-9342
Fax:  (334) 240-9390
E-mail:  Tom.Conway@forestry.alabama.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that on the same date I have provided a copy of the foregoing to:

Paul Pogue
 c/o Paul Pogue for Surveyors' Park
 301 Kahn Street
 The Mays Building
 Montgomery, AL  36104

by placing the same in the United States Mail, properly addressed and postage prepaid.

>/s/ Charles T. Conway
>Charles T. Conway, Bar Number CON029
>Assistant Attorney General
>Alabama Forestry Commission
>P.O. Box 302550
>Montgomery, Alabama  36130
>Telephone:  (334) 240-9342
>Fax:  (334) 240-9390
>E-mail:  Tom.Conway@forestry.alabama.gov