IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN DIVISION</u>

| | |
|---|---|
| PAUL POGUE and ) | |
| PAUL POGUE, in his capacity as owner of ) | |
| SURVEYORS' PARK, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NUMBER |
| v. ) | |
| ) | 2:-06-cv-148-MHT |
| TONY CHANDLER, et al., ) | |
| ) | |
| Defendants. ) | |

<u>MOTION TO STRIKE</u>

Defendants Tony Chandler and Danny Clark through their counsel, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure,[1] hereby respectfully move this Honorable Court to strike as party-plaintiff "Paul Pogue, in his capacity as owner of Surveyors' Park." As grounds therefor, it is stated that Paul Pogue already appears in the Complaint as the plaintiff and there is no legal distinction between the plaintiff (who must prove any losses or any entitlement to injunctive relief to which he may be entitled as an individual) and the plaintiff as the owner of certain real or personal property for purposes of the plaintiff's individual recovery. In addition, to

---

[1] "Upon motion made by a party… or upon the court's own initiative at any time, the court may order stricken from any pleading… any redundant, immaterial, impertinent, or scandalous matter." F.R.Civ.Pro. R. 21.

the extent that the Complaint may be interpreted to imply that Surveyors' Park may be some legal entity with the capacity to sue for relief in its own right, upon information and belief the plaintiff is not a licensed attorney and therefore may not permissibly represent Surveyors' Park in legal proceedings. *See Palazzo v. Gulf Oil Corporation*, 764 F.2d 1381, 1385-86 (11th Cir. 1985) (General rule that corporations must be represented by licensed counsel in judicial actions also held to bar suit by pro se individual asserting that corporation assigned corporate claims to him). Thus, the presence of "Paul Pogue as owner of Surveyors' Park" as a party-plaintiff in the case at bar is at best immaterial and redundant and at worst a deliberate obfuscation of parties and claims to be litigated.

Wherefore, Defendants Chandler and Clark respectfully move that the entity "Paul Pogue as owner of Surveyors' Park" be stricken as a party-plaintiff.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL  BY:

s/Winfield J. Sinclair

Winfield J. Sinclair
Assistant Attorney General
Attorney No. ASB-1750-S81W

s/Linda Breland
Assistant Attorney General
Attorney No. ASB-1400-R80L

2

        s/Charles T. Conway
        Assistant Attorney General
        Attorney No. ASB-4648-O73C

        Attorneys for defendants
        Chandler and Clark

## CERTIFICATE OF SERVICE

This is to certify that on the 4th day of April, 2006, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy of the same has been sent by First Class Mail to the plaintiff:

        Paul Pogue, pro se
        301 Kahn Street
        Montgomery, Alabama 36104

and to the attorney for Sandy G. Robinson

        Hon. Christopher Weller
        Cappell & Howard
        P.O. Box 2069
        Montgomery, Alabama 36102-2069

        s/Charles T. Conway
        Assistant Attorney General

Addresses of Counsel:

| | |
|---|---|
| Winfield J. Sinclair | Linda Breland |
| Office of the Attorney General | Assistant Attorney General |
| 11 South Union | |
| Montgomery, Alabama 36130 | Charles T. Conway |
| TEL: 334-242-7300 | Assistant Attorney General |

FAX: 334-353-8440  
E-mail: wsinclair@ago.state.al.us

Alabama Forestry Commission  
P.O. Box 302550  
Montgomery, Alabama 36130  
TEL: 334-240-9342  
FAX: 334-240-9390  
LBreland@forestry.alabama.gov  
Tom.Conway@forestry.alabama.gov