IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN DIVISION</u>

| | |
|---|---|
| PAUL POGUE and ) | |
| PAUL POGUE, in his capacity as owner of ) | |
| SURVEYORS' PARK, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NUMBER |
| v. ) | |
| ) | 2:-06-cv-148-MHT |
| TONY CHANDLER, et al., ) | |
| ) | |
| Defendants. ) | |

<u>MOTION TO DROP FICTITIOUS PARTIES</u>

Defendants Tony Chandler and Danny Clark through their counsel, pursuant to Rule 21 of the Federal Rules of Civil Procedure,[1] hereby respectfully move this Honorable Court to drop "A, B, & C," (Complaint at 1) as parties-defendant in the above-styled cause. As grounds therefor, it is stated that there is no provision in the federal statutes or the Federal Rules of Civil Procedure for the use of fictitious parties. *See Lubin v. Sybedon Corporation*, 688 F.Supp. 1425 (S.D. Cal. 1988); *Weeks v. Benton*, 649 F.Supp. 1297 (S.D. Ala. 1986); *see also New v. Sports & Recreation, Inc.*, 114 F.3d 1092, 1094 n.1 (11th Cir. 1997).

---

[1] "Parties may be dropped… under order of the court on motion of any party or of its own initiative at any state of the action and on such terms as are just…" F.R.Civ.Pro. R. 21.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL
BY:

s/Winfield J. Sinclair

Winfield J. Sinclair
Assistant Attorney General
Attorney No. ASB-1750-S81W

s/Linda Breland
Assistant Attorney General
Attorney No. ASB-1400-R80L

s/Charles T. Conway
Assistant Attorney General
Attorney No. ASB-4648-O73C

Attorneys for defendants
Chandler and Clark

CERTIFICATE OF SERVICE

This is to certify that on the 4th day of April, 2006, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy of the same has been sent by First Class Mail to the plaintiff:

>Paul Pogue, pro se
>301 Kahn Street
>Montgomery, Alabama 36104

and to the attorney for Sandy G. Robinson,

>Hon. Christopher Weller
>Cappell & Howard
>P.O. Box 2069
>Montgomery, Alabama 36102-2069

>>s/Charles T. Conway
>>Assistant Attorney General

Addresses of Counsel:

| | |
|---|---|
| Winfield J. Sinclair | Linda Breland |
| Office of the Attorney General | Assistant Attorney General |
| 11 South Union | |
| Montgomery, Alabama 36130 | Charles T. Conway |
| TEL: 334-242-7300 | Assistant Attorney General |
| FAX: 334-353-8440 | |
| E-mail: wsinclair@ago.state.al.us | Alabama Forestry Commission |
| | P.O. Box 302550 |
| | Montgomery, Alabama 36130 |
| | TEL: 334-240-9342 |
| | FAX: 334-240-9390 |
| | LBreland@forestry.alabama.gov |
| | Tom.Conway@forestry.alabama.gov |