IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PAUL POGUE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06CV148-MHT |
| | ) | |
| TONY CHANDLER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This action is presently before the court on the motion to dismiss filed by defendant Robinson on April 4, 2006 (Doc. # 13). Upon consideration of the motion, it is

ORDERED that plaintiff is DIRECTED to respond to the motion on or before April 17, 2006. Plaintiff is advised that, if he fails to respond to this order within the time allowed by the court, his claims may be dismissed.

Done, this 4th day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE