IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN DIVISION</u>

| | |
|---|---|
| PAUL POGUE and ) | |
| PAUL POGUE, in his capacity as owner of ) | |
| SURVEYORS' PARK, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NUMBER |
| v. ) | |
| ) | 2:-06-cv-148-MHT |
| TONY CHANDLER, et al., ) | |
| ) | |
| Defendants. ) | |

NOTICE OF SECOND ATTEMPT
TO SERVE ANSWER UPON PLAINTIFF

Come now counsel for Defendants Chandler and Clark and provide notice to this Court that after these Defendants attempted to serve an answer to the complaint upon the Plaintiff by sending same via U.S. Mail on April 3, 2006, said answer was returned to counsel for Defendants on or about April 6, 2006 with the words "returned to sender" and "vacant" on the outer envelope.  Said answer has been re-served upon the Plaintiff on April 19, 2006 by first-class U.S. Mail addressed as follows:

Mr. Paul Pogue
301 Kahn Street
The Mays Building
Montgomery, Alabama 36104

Respectfully submitted,

TROY KING
ATTORNEY GENERAL
BY:

s/Winfield J. Sinclair

Winfield J. Sinclair
Assistant Attorney General
Attorney No. ASB-1750-S81W

s/Linda Breland
Assistant Attorney General
Attorney No. ASB-1400-R80L

s/Charles T. Conway
Assistant Attorney General
Attorney No. ASB-4648-O73C

Attorneys for defendants
Chandler and Clark

CERTIFICATE OF SERVICE

This is to certify that on the 19th day of April, 2006, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy of the same has been sent by First Class Mail to the plaintiff:

>Mr. Paul Pogue
>301 Kahn Street
>The Mays Building
>Montgomery, Alabama 36104

>s/Charles T. Conway
>Assistant Attorney General

Addresses of Counsel:

Winfield J. Sinclair
Office of the Attorney General
11 South Union
Montgomery, Alabama 36130
TEL: 334-242-7300
FAX: 334-353-8440
E-mail: wsinclair@ago.state.al.us

Linda Breland
Assistant Attorney General

Charles T. Conway
Assistant Attorney General

Alabama Forestry Commission
P.O. Box 302550
Montgomery, Alabama 36130
TEL: 334-240-9342
FAX: 334-240-9390
Linda.Breland@forestry.alabama.gov
Tom.Conway@forestry.alabama.gov