IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAUL POGUE and ] | |
| PAUL POGUE, in his capacity ] | |
| as owner of SURVEYORS' PARK ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| Vs. ] | Civil Action No. |
| ] | 2:06-cv-148-MHT |
| TONY CHANDLER, in his ] | |
| individual and official ] | Jury Demand |
| capacity, **SANDY G.** ] | |
| **ROBINSON**, a for-profit ] | |
| Representative of INTERNATIONAL] | |
| PAPER COMPANY, DANNY CLARK, in ] | |
| his individual and official ] | |
| capacity, and A, B, & C who ] | |
| are those people, partnerships,] | |
| associates, corporations or ] | |
| agents who participated in the] | |
| actions made the basis of this] | |
| Complaint and who are ] | |
| presently unknown to the ] | |
| Plaintiff, but who will be ] | |
| added as Defendants when ] | |
| ascertained. ] | |
| ] | |
| Defendants. ] | |

### Plaintiff's Statement of Objection to
### The Magistrate Judge's Recommendation
### See concise brief filed herewith

Comes now Paul Pogue, in his individual capacity and in his capacity as owner of Surveyors Park, and humbly shows unto your Honor the following:

1. The Magistrate's Recommendation is violative of the meaningful court process and should be vacated

1

and remanded on procedural grounds.

Wherefore, the premises considered, the Plaintiff prays that the procedural record evidence be reviewed and that your Honor grant just and proper relief.

Respectfully submitted,

PAUL POGUE and PAUL POGUE
FOR SURVEYORS' PARK
301 Kahn Street
The Mays Building
Montgomery, Alabama 36104
(334) 561-2240

## Certificate Of Service

I hereby certify that I have served by U.S. Mail Ms. Sandy G. Robinson and the attorney for Sandy G. Robinson with a true copy of this pleading on the following persons and addresses to wit:

Honorable Sandy G. Robinson
63 South Royal Street, Suite 700
Mobile, Alabama 36602

Honorable Danny Clark
1349 County Road No. 61
Clanton, Alabama 35046

Honorable Tony Chandler
2584 Ridge Road
Brewton, Alabama 36426

Honorable Christopher Weller
P.O. Box 2069
Montgomery, Alabama 36102

Honorable Charles T. Conway
P.O. Box 302550
Montgomery, Alabama 36130

Done this 4th day of May 2006.

                                        Respectfully Submitted,

                                        Paul Pogue