MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION

HON. SUSAN RUSS WALKER, MAG JUDGE          AT MONTGOMERY, ALABAMA

DATE COMMENCED:      JUNE 28, 2006                          4:18 p.m.

DATE COMPLETED:      JUNE 28, 2006                          4:40 p.m.


2:06-cv-00148-MHT-SRW Pogue v. Chandler et al (MAG+)

PRO SE representing Paul Pogue (Plaintiff)

Linda C. Breland and Winfield J. Sinclair representing Tony Chandler and Danny Clark

(Defendant)

---

COURT OFFICIALS PRESENT:

---

Joyce Taylor, Courtroom Deputy

---

SCHEDULING CONFERENCE

4:18 p.m.    Court convenes.
             Court's questions to plaintiff as to whether or not he has though about retaining
             counsel  Plaintiff states he will proceed to represent himself at this time.  States
             he has not considered retaining counsel.
             Case will be tried by Judge Thompson.  Scheduling order will be issued.  Written
             order will be issued.
             Dispositive  motions due no later than September 29, 2006 - Plaintiff states he is
             familiar with dispositive motions.
             Motions to amend or add parties due by  July 31, 2006.
             All discovery to be completed Oct 30, 2006.
4:25 p.m.    Ms. Breland discussions regarding difficultly reaching plaintiff.
             Mr. Pogue's  response to Ms. Breland's difficulty reaching him by mail and/or
             telephone.
             Mr. Pogue states phone number where he can be reached and address where mail
             can be sent.
4:27 p.m.    Ms. Breland's further statements to the court as to where mail has been sent to
             plaintiff.
             Discussions regarding mail that has been returned that was sent to Mr. Pogue.
             Court's discussions with Mr. Pogue regarding another address where mail can be
             sent.
             Court states that if defendants have any more trouble with mail getting to Mr.

Pogue,  Court may have to enter order directing Mr. Pogue to furnish another address.

4:32 p.m.     Settlement conference within 14 days after dispositive motions are due. Any objections to deadlines to be filed within 14 days from the date of the Scheduling Order.
Court states order will go out tomorrow.

4:33 p.m.     Mr. Sinclair's further discussions regarding telephone number problems. Court's further discussions with Mr. Pogue regarding telephone numbers to reach him.

4:34 p.m.     Mr. Sinclair's further discussions regarding Mr. Pogue's telephone number. Court advises Mr. Pogue that counsel and the court need a correct address and phone number where he can be reached when necessary.

4:35 p.m.     Mr. Pogue's statements that he would like to be notified if court has problem contacting him.
Court advised Mr. Pogue that he would be included in any conference regarding mail being returned to the court or counsel.

4:37 p.m.     Mr. Pogue's objection to scheduling order until District Judge issues a ruling. Court will overrule objections.

4:38 p.m.     Mr. Sinclair's discussions regarding ruling on motion to strike fictitious parties .

4:40 p.m.     Mr. Pogue statements regarding dismissal of case because of inability to contact him. Court states to Mr. Pogue that it is his responsibility to provide to the court address and phone number.
Court recessed.