IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

PAUL POGUE, etc.,            )
                             )
    Plaintiff,               )
                             )     CIVIL ACTION NO.
    v.                       )        2:06cv148-MHT
                             )
TONY CHANDLER, etc.,         )
et al.,                      )
                             )
    Defendants.              )

# ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) Plaintiff's objections (doc. no. 18) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 17) is adopted.

(3) Defendant Sandy G. Robinson's motion to dismiss (doc. no. 13) is granted.

(4) Defendant Robinson is dismissed.

It is further ORDERED that this cause is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 1st day of August, 2006.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**