IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAUL POGUE and | ) |
| PAUL POGUE, in his capacity as owner of | ) |
| SURVEYORS' PARK, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION NUMBER |
| v. | ) |
| | ) 2:-06-cv-148-MHT |
| TONY CHANDLER, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO CORRECT EXHIBIT ATTACHED TO DEFENDANTS' BRIEF

Come now the Defendants and move this Court for leave to correct Attachment C to Exhibit D of the Brief in Support of Defendants' Motion to Dismiss or in the Alternative, for Summary Judgment. As grounds therefore, the Defendants show the following:

1. Exhibit D is the Affidavit of Charles T. Conway.

2. Attachment C to Exhibit D is the Defendants' First Request for Production of Documents, which was served on the Plaintiff on August 21, 2006.

**MOTION GRANTED**

THIS 3rd DAY OF October, 20 06

_____
UNITED STATES MAGISTRATE JUDGE