IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN DIVISION</u>

| | |
|---|---|
| PAUL POGUE and<br>PAUL POGUE, in his capacity as owner of<br>SURVEYORS' PARK,<br><br>      Plaintiffs,<br><br>v.<br><br>TONY CHANDLER, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NUMBER<br>)<br>)   2:-06-cv-148-MHT<br>)<br>)<br>)<br>) |

<u>NOTICE CONCERNING</u>

<u>SETTLEMENT CONFERENCE AND MEDIATION</u>

    Come now counsel for Defendants Chandler and Clark, pursuant to the Court's Scheduling Order of July 6, 2006, and provide notice to the Court as follows:

    1. Counsel for the Defendants wrote a letter to the Plaintiff on October 6, 2006 (copy attached) proposing dates and times for a settlement conference, and inviting the Plaintiff to suggest other times he would be available for such a conference if the times proposed by the Defendants were not acceptable.

    2. The Plaintiff has not responded to the above-referenced letter.

3. On October 10, 2006, the undersigned counsel for the Defendants went to the address which the Plaintiff has given as the address to which all communications to him should be directed (and has also stated is his place of residence).  Said counsel went to this address in an attempt to contact the Plaintiff in person to arrange a time for a settlement conference.  Counsel for the Defendants was unable to contact the Plaintiff at that address.

4. Despite the efforts of the Defendants to schedule the settlement conference as directed in the Court's Scheduling Order, the conference has not taken place.

5. All counsel for the Defendants agree that there is no reason to believe that a settlement can be reached in this case.  Counsel for the Defendants also agree that mediation is not likely to be helpful in resolving this case.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL
BY:

s/Charles T. Conway
Assistant Attorney General
CON029

CERTIFICATE OF SERVICE

This is to certify that on the 13th day of October, 2006, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy of the same has been sent by First Class Mail to the plaintiff:

>Mr. Paul Pogue
>301 Kahn Street
>The Mays Building
>Montgomery, Alabama 36104

>s/Charles T. Conway
>Assistant Attorney General

>Alabama Forestry Commission
>P.O. Box 302550
>Montgomery, Alabama 36130
>TEL: 334-240-9342
>FAX: 334-240-9390
>Tom.Conway@forestry.alabama.gov