

**Making Alabama Better For People**

PO Box 302550 Montgomery, AL 36130-2550
Telephone (334) 240-9300 • Fax (334) 240-9390
www.forestry.state.al.us

October 6, 2006

Mr. Paul Pogue
301 Kahn Street
The Mays Building
Montgomery, Alabama 36104

Dear Mr. Pogue:

Pursuant to the Scheduling Order filed by the Court on July 7, 2006, we are required to meet for a settlement conference during which we would discuss whether a settlement can be reached in your lawsuit. We propose a meeting at the office of the Forestry Commission at 10:00 AM on either Wednesday, October 11 or Friday, October 13. Please let me know if you are available at one of these times. If not, please let me know when you would be available next week. According to the Court's order, we are required to conduct this meeting by next Friday. My direct telephone number is (334) 240-9342.

Thank you in advance for your cooperation.

Sincerely,

Charles T. Conway
Assistant Attorney General


Cc: Win Sinclair
    File