IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

| | |
|---|---|
| Paul Pogue and<br>Paul Pogue, in his capacity as owner<br>Of Surveyors Park,<br><br>Vs.<br><br>Sandy G. Robinson, an affiliate of<br>International Paper Company, et al., | Cv-06-148 MHT |

**Plaintiffs Response Involving Document Number Twenty Five**

The document [ plaintiffs- admission response ] attached to this pleading is a true and correct copy of the document that was served upon the defendants on August 31, 2006.

Wherefore, the plaintiffs pray for a favorable ruling on the matter.

301 Kahn Street, Montgomery, Alabama 36104

Certificate Of Mailing

I hereby certify that I have served a true and correct copy of the foregoing on the defendants on this the 18th day of October, 2006, by placing same in the United States Mail, first class postage prepaid and properly addressed as follow:

TO:
-Mr. Charles T. Conway
State of Alabama Employee
Alabama State Forestry Commission Building
P.O. Box 302550
Montgomery, Alabama 36130
FOR:
-State of Alabama Employee
Tony Chandler
-State of Alabama Employee
Danny Clark