COPY

<u>Surveyors Park vs. Sandy G. Robinson</u>, et al. Federal Court Action 06-148, Middle District of Alabama. *Admission Response*

This is a lawsuit filed for damages and other relief resulting from malfeasance perpetrated by the Alabama Forestry Commission and its employees, Tony Chandler and Danny Clark. Plaintiffs allege that Sandy G. Robinson, an affiliate of International Paper Company, did conspire with AFC's Clark and Chandler, the state actors, to damage the rights and freedoms of the named Plaintiffs.

Case CV- 06-cv-148 at this point, Plaintiffs do not implicate Danny Clark or Tony Chandler or the Alabama Forestry Commission as a record owner of the Property.

Case Cv-o6-cv-148 at this point, Plaintiffs do not implicate Danny Clark or Tony Chandler or the Alabama Forestry Commission as owning anything real or personal for which the plaintiffs desire to recall or recover.

Case 06-cv-148 at this point, Plaintiffs knows nothing about the so called person, persons, or organizations as to any real or personal property.

Case 06-cv-148 at this point, Plaintiffs have not implicated spouse in any way.

Case 06-cv-148 at this point, Plaintiffs did approach the Alabama Forestry Commission and did seek Alabama Forestry Commission services involving Surveyors Park and Paul Pogue under the Alabama law.

Case 06-cv-148 at this point, the Alabama Forestry Commission, Danny Clark and Tony Chandler did not reveal to Plaintiffs that they would release to the plaintiffs a list(s) of names and race stigma of AFC complainants.

We do admit that the prevailing belief is that the AFC lawyers should exhibit their legal talent, engage in a legal scrimmage with the wealthy forestry enterprises that transgress the Alabama Forestry Laws. Should the AFC lawyers assess themselves as unready or unwilling, AFC lawyer should request the attorney general's help.

In the final analysis, Plaintiffs, Paul Pogue and Surveyors Park hope to be remembered in the annals of history as the undersigned group that tried to help a struggling citizenry.

PAUL POGUE & SURVEYORS PARK



## Certificate Of Mailing

I hereby certify that I have served a true and correct copy of the foregoing on the

defendants on this the 31st day of September, 2006, by placing same in the United States

Mail, first class postage prepaid and properly addressed as follow:


TO:
-Mr. Charles T. Conway
State of Alabama Employee
Alabama State Forestry Commission Building
P.O. Box 302550
Montgomery, Alabama 36130

FOR:
-State of Alabama Employee
Tony Chandler
-State of Alabama Employee
Danny Clark