IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAUL POGUE, et al., | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv148-MHT |
| | ) |
| TONY CHANDLER, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

Upon consideration of defendants' amended motion for first request for admissions (Doc. # 31), filed October 23, 2006, and for good cause, it is

ORDERED that plaintiffs file a response to the motion on or before November 2, 2006.

DONE, this 24th day of October, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE