IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

| | |
|---|---|
| Paul Pogue and<br>Paul Pogue, in his capacity as owner<br>of Surveyors Park, | ]<br>]<br>] |
| Vs. | ]   Cv-06-148 MHT<br>] |
| Sandy G. Robinson, an affiliate of<br>International Paper Company, et al., | ]<br>] |

<u>Plaintiffs Motion for the Court to Compel the
Alabama Forestry Commission, and its employee
Tony Chandler to Produce Useful Data</u>

Plaintiff seeks federal court assistance in compelling defendant, Tony Chandler, an Alabama Forestry Commission employee to produce useful data. Specifically:

1. A list and copy of each and every theft of forestry product compiled and published by the Alabama Forestry Commission from 1990 to present.

2. A copy of Surveyor Park, et al., civil action complaint with exhibits attached.

3. A list and inventory sheet of all theft of forestry products complaints that resulted in confiscation of forestry machinery and equipment.

4. A copy of each and every court appearance for which Tony Chandler participated in or aided the District Attorney(s) to obtain a criminal conviction for theft of forestry products.

5. A copy of the answers and or explanation to the inquiries as expressed and demanded in the Plaintiff's Complaint, in pertinent part, which remains unanswered.

Wherefore, the plaintiffs pray for a favorable ruling on the matter.

_[signature]_, 301 Kahn Street, Montgomery, Alabama 36104

## Certificate Of Mailing

I hereby certify that I have served a true and correct copy of the foregoing on the defendants on this the ___30th___ day of October, 2006, by placing same in the United States Mail, first class postage prepaid and properly addressed as follow:

TO:
-Mr. Charles T. Conway
State of Alabama Employee
Alabama State Forestry Commission Building
P.O. Box 302550
Montgomery, Alabama 36130
FOR:
-State of Alabama Employee
Tony Chandler
-State of Alabama Employee
Danny Clark

_[signature]_