IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PAUL POGUE, etc., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:06cv148-MHT |
| ) | |
| TONY CHANDLER, etc., ) | |
| et al., ) | |
| ) | |
|    Defendants. ) | |

## ORDER

It is ORDERED that plaintiff's objection (doc. no. 37) to orders of the magistrate judge is overruled and said orders are affirmed.

It is further ORDERED that this cause is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 16th day of November, 2006.

                            /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE