IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PAUL POGUE, etc., | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:06cv148-MHT |
| | ) | (WO) |
| TONY CHANDLER, etc., | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## OPINION

Plaintiff filed this lawsuit asserting that defendants violated federal law by failing to respond to complaints about the theft of timber products from and damage to his property. This lawsuit is now before the court on the recommendation, as amended, of the United States Magistrate Judge that plaintiff's case be dismissed. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes

that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 21st day of March, 2007.

                     /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**