IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PAUL POGUE, etc., )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>TONY CHANDLER, etc., )<br>et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:06cv148-MHT<br>(WO) |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. Nos. 42 & 43) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 40), as amended (Doc. No.41), is adopted.

(3) Defendants' motions to strike (Doc. Nos. 11 & 12) are granted.

(4) Plaintiff's Rule 26(f) motion (Doc. No. 37) is denied.

(5) Defendants' motion for requests for admission to be deemed admitted (Doc. No. 25) and motion to amend or correct (Doc. No. 31) are denied as moot.

(6) Defendants' motion to dismiss and alternative motion for summary judgment (Doc. No. 24) are granted.

(7) This lawsuit is dismissed.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 21st day of March, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE