✎AO 133      (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

Middle District of Alabama

PAUL POGUE

V.

TONY CHANDLER, et al.

## BILL OF COSTS

Case Number: 2:06cv148-MHT

Judgment having been entered in the above entitled action on ___3/21/2007___ against ___PAUL POGUE___ ,
                                                                                                Date
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $_____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | _____ |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 22.50 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 761.00 |
| TOTAL $ | 783.50 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐    Electronic service by e-mail as set forth below and/or.

☒    Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _Charles T. Conway_

Name of Attorney: ___Charles T. Conway___

For: _Alabama Forestry Commission (defendants' employer)_      Date: ___3/30/2007___
        Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____        By: _____        _____
Clerk of Court                    Deputy Clerk                        Date

### ITEMIZATION OF "OTHER COSTS"
### INCLUDED IN BILL OF COSTS FILED BY
### ALABAMA FORESTRY COMMISSION
### IN CASE NUMBER 2:06cv148-MHT

Cost of Plaintiff's deposition (copy of invoice attached):          $626.50

Copying of 269 pages of documents for mailing to Plaintiff because
Plaintiff was not able to receive documents through the CM/ECF system:     $134.50

                              TOTAL                    $761.00


_____
Charles T. Conway
Attorney for Defendants

# LEGALINK
**A MERRILL COMPANY**

1933 Richard Arrington Jr Blvd S
Birmingham, AL 35209

tel (205) 251-4200
tel (800) 888-3376
fax (205) 252-5644

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 11050160 | 08/15/2006 | 1101-49422 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/02/2006 | MITCBR | |

| CASE CAPTION | | |
|---|---|---|
| Paul Pogue vs. TonyChandler, et al | | |

| TERMS | | |
|---|---|---|
| Due upon receipt | | |

Charles T. Conway
Alabama Forestry Commission
513 Madison Avenue
P.O. Box 302550
Montgomery, AL 36130

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF
Paul Pogue                                    171 Pages @        2.95/Page       504.45
    EXHIBITS                                   33 Pages @         .35/Page         11.55
    ATTENDANCE                                                                     50.00
    Exhibit Tabs                    15.00      @           .20                      3.00
    TotalTranscript                                                                35.00
    Processing Fee                                                                 15.00
    Delivery Local Regular                                                          7.50
    Compressed                                                                       n/c

                                               TOTAL DUE >>>>             626.50
```

Please note our new Federal Employer Identification Number 20-2665382, and update your
records if necessary.  If you have any questions, please contact your local
LegaLink, Inc., office.

TAX ID NO. :  20-2665382                                    (334) 240-9330

*Please detach bottom portion and return with payment.*

Charles T. Conway
Alabama Forestry Commission
513 Madison Avenue
P.O. Box 302550
Montgomery, AL 36130

```
Invoice No.: 11050160
Date      : 08/15/2006
TOTAL DUE :     626.50


Job No.   : 1101-49422
Case No.  :
Paul Pogue vs. TonyChandler, et al
```

Remit To:    **LegaLink, Inc., A Merrill Company**
             **PO Box 538477**
             **Atlanta, GA 30353-8477**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN DIVISION</u>

| | | |
|---|---|---|
| PAUL POGUE | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NUMBER |
| | ) | |
| v. | ) | 2:06-cv-148-MHT |
| | ) | |
| TONY CHANDLER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**State of Alabama**
**County of Montgomery**

### <u>AFFIDAVIT OF CHARLES T. CONWAY</u>

Before me, a Notary Public in and for said County and State, personally appeared Charles T. Conway and, after having been by me first duly sworn, deposes and says under oath as follows:

1. My name is Charles T. Conway. I am over (19) nineteen years of age and have personal knowledge of the facts as are set out herein.

2. I am employed by the Alabama Forestry Commission as an Attorney. I have been designated an Assistant Attorney General for the State of Alabama. I am one of the attorneys who represented the Defendants in this action.

3. Pursuant to 28 U.S.C. 1920, I have prepared a Bill of Costs to be filed with the Court.

4. I certify that the Alabama Forestry Commission was billed the amount of $626.50 for the taking of the deposition of the Plaintiff. I further certify that taking the deposition of the Plaintiff was necessary for the preparation of the defense of the case by the attorneys for the Defendants, and that said deposition was quoted extensively in the brief filed in support of the Defendants' "Motion to Dismiss and Alternative Motion for Summary Judgment."

5. I certify that the Defendants were not able to serve documents upon the Plaintiff using the Court's CM/ECF system and therefore had to mail copies of all documents filed with the Court to the Plaintiff. The Defendants copied at least 269 pages of documents for mailing to the Plaintiff at $.50 per page. The Bill of Costs includes a charge of $134.50 for said copies.

6. The charges claimed in the Bill of Costs are correct and these charges were necessarily incurred in the case. These charges were actually and necessarily performed.

_____
Charles T. Conway

SWORN TO and SUBSCRIBED BEFORE ME on this the 30th day of March, 2007.


(SEAL)

_____
Notary Public


My commission expires: Nov. 14, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of April, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy of the same has been sent by First Class Mail to the plaintiff:

> Paul Pogue
> 301 Kahn Street
> The Mays Building
> Montgomery, Alabama 36104
>
> s/Charles T. Conway
> Assistant Attorney General

Address of counsel:

Charles T. Conway
Alabama Forestry Commission
P.O. Box 302550
Montgomery, AL  36130
Telephone:  (334) 240-9342
Fax:          (334) 240-9390
E-mail:  Tom.Conway@forestry.alabama.gov