IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PAUL POGUE, etc., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:06cv148-MHT |
| ) | |
| TONY CHANDLER, etc., ) | |
| et al., ) | |
| ) | |
|    Defendants. ) | |

**ORDER**

It is ORDERED that the motion for relief from dismissal (Doc. No. 48) is denied.

It is further ORDERED that, to the extent the motion is a request for additional time to appeal, the motion is denied as well.

DONE, this the 4th day of April, 2007.

                            /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE